United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-50263-KMS
Thelma Yvette Jordan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Apr 10, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thelma Yvette Jordan, 902 N 19th Ave, Hattiesburg, MS 39401-2820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Pete Cicero, III | on behalf of Creditor Ascendium Education Solutions Inc. dcicero@balch.com, mgunnells@burr.com |
| Bradley P Jones | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC msbankruptcy@logs.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor Bank United N.A. logsecf@logs.com |
| J. Gary Massey | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC MSBankruptcy@LOGS.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 10, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Thelma Yvette Jordan trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Tracy A. Walley
    on behalf of Trustee David Rawlings twalley99598@gmail.com twalleylaw@gmail.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          BANKRUPTCY CASE NO.
THELMA YVETTE JORDAN                                                        20-50263 KMS

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#83) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)   The Trustee's Motion to Dismiss is hereby denied.

(B)   A Motion to Modify (DK#85) the current plan has been filed with the Court, which has been recommended for approval by the Trustee. If approved by the Court, the Debtor shall begin making full, regular, timely payments of the approved new plan payment due on or before April 13, 2025.  Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C)   The Debtor must at all times keep the Trustee fully advised regarding the Debtor's home address and the name and address of the Debtor's employer.

IT IS, THEREFORE, ORDERED that if said Motion to Modify is denied, this Order is set aside simultaneously with the Order Denying the Motion to Modify.

##END OF ORDER##

| SUBMITTED BY: | AGREED: |
|---|---|
| /s/ DAVID RAWLINGS, TRUSTEE | /s/ THOMAS C. ROLLINS, JR |
| P.O. BOX 566 | Attorney for Debtor |
| HATTIESBURG, MS  39403 | |
| (601) 582-5011 | |
| ecfNotices@rawlings13.net | |