Certificate Number: 17082-MSS-DE-039777801

Bankruptcy Case Number: 20-50263



17082-MSS-DE-039777801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2025, at 2:49 o'clock PM MST, THELMA Y JORDAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 17, 2025

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director