IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Thelma Yvette Jordan, Debtor                Case No. 20-50263-KMS
                                                     Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H.  I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Thelma Yvette Jordan**                                                **06/18/2025**
                Thelma Yvette Jordan                                                  Date

**/s/ Thomas C. Rollins, Jr.**                                             **06/18/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                  Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On June 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                      **/s/ Thomas C. Rollins, Jr.**
                                                      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>THELMA YVETTE JORDAN | CASE NO: 20-50263-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>THELMA YVETTE JORDAN | CASE NO: 20-50263-KMS<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/18/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        ASCENDIUM EDUCATION SOLUTIONS   INC    BANK UNITED NA
NCRS ADDRESS DOWNLOAD                   CO BURR   FORMAN LLP                   KENT D MCPHAILSHAPIRO   BROWN   LLC
CASE 20-50263-KMS                       420 N 20TH STREET   SUITE 3400         1080 RIVER OAKS DRIVE   SUITE B-202
SOUTHERN DISTRICT OF MISSISSIPPI        BIRMINGHAM  AL 35203-5210              FLOWOOD  MS 39232-7603
WED JUN 18 8-49-44 PST 2025




                                        EXCLUDE
CARRINGTON MORTGAGE SERVICES   LLC      US BANKRUPTCY COURT                    (P)ASCENDIUM EDUCATION SOLUTIONS INC
CO SHAPIRO  BROWN   LLC                 DAN M RUSSELL   JR US COURTHOUSE       38 BUTTONWOOD COURT
1080 RIVER OAKS DRIVE                   2012 15TH STREET   SUITE 244           MADISON WI 53718-2156
SUITE B-202                             GULFPORT   MS 39501-2036
FLOWOOD  MS 39232-7603




ASSURANCE CREDIT                        (P)CARRINGTON MORTGAGE SERVICE LLC     BRADLEY P JONES
6214 US HWY 49                          1600 S DOUGLAS RD SUITE 110            SHAPIRO  BROWN   LLC
HATTIESBURG  MS 39401                   ANAHEIM CA 92806-5951                  FOR CARRINGTON MORTGAGE SERVICES   LLC
                                                                               1080 RIVER OAKS DRIVE   SUITE B-202
                                                                               FLOWOOD  MS 39232-7603



                                                                               EXCLUDE
CAPITAL ASSET RECOVERY                  CREDIT ACCEPTANCE CORPORATION          (D)(P)CARRINGTON MORTGAGE SERVICE LLC
PO BOX 192585                           25505 W 12 MILE ROAD   SUITE 3000      1600 S DOUGLAS RD SUITE 110
DALLAS   TX 75219-8523                  SOUTHFILED   MI 48034-8331             ANAHEIM CA 92806-5951




EXCLUDE
(D)(P)CARRINGTON MORTGAGE SERVICE LLC   CONVILLE   CONVILLE                    CREDIT ACCEPTANCE
1600 S DOUGLAS RD SUITE 110             PO BOX 681                             PO BOX 5070
ANAHEIM CA 92806-5951                   HATTIESBURG  MS 39403-0681             SOUTHFIELD  MI 48086-5070




CREDIT BUREAU                           CREDIT ONE                             ECMC
1208 W PINE ST                          PO BOX 98872                           PO BOX 75906
HATTIESBURG  MS 39401-5060              LAS VEGAS  NV 89193-8872               SAINT PAUL  MN 55175




EDUCATIONAL CREDIT MANAGEMENT           HATTIESBURG CLINIC  PA                 INDEPENDENT DEALERS AD
CORPORATION                             415 S 28TH AVE                         780 BUFORD HWY
ECMC                                    HATTIESBURG  MS 39401-7283             BLDG C-100
PO BOX 16408                                                                   SUWANEE  GA 30024-2148
ST PAUL MN 55116-0408




LVNV FUNDING INC                        LVNV FUNDING   LLC                     LABORATORY CORP OF AME
PO BOX 10584                            RESURGENT CAPITAL SERVICES             PO BOX 2240
GREENVILLE   SC 29603-0584              PO BOX 10587                           BURLINGTON  NC 27216-2240
                                        GREENVILLE   SC 29603-0587




LENDUP                                  MISSISSIPPI DEPARTMENT OF REVENUE      NAVIENT SOLUTIONS   LLC ON BEHALF OF
237 KEARNEY ST 372                      BANKRUPTCY SECTION                     ECMC
SAN FRANCISCO  CA 94108-4502            PO BOX 22808                           PO BOX 16408
                                        JACKSON  MS 39225-2808                 ST PAUL  MN 55116-0408
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OKINUS INC<br>PO BOX 691<br>PELHAM GA 31779-0691 | TRUE ACCORD<br>53 MAIDEN LANE<br>3RD FLOOR<br>SAN FRANCISCO CA 94108 | US DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT<br>US DEPARTMENT OF HUD<br>FIVE POINTS PLAZA BLDG40 MARIETTA STRE<br>ATLANTA GA 30303 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| (P)US DEPARTMENT OF HOUSING AND URBAN<br>DEVELOPMENT<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 | US DEPT OF HUD<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 |
| EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | DEBTOR<br>THELMA YVETTE JORDAN<br>902 N 19TH AVE<br>HATTIESBURG MS 39401-2820 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |